In the Matter of the Claim of LUCILLE Z. ALEXANDER, Respondent, against MOVIETONEWS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant was injured, in the course of his employment, while flying over Sequoia National Park. His work on the flight was incidental to his employment in New York State. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.